IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Edward McGrath<br>    Sandra McGrath<br>        Debtor<br><br>Edward McGrath<br>Sandra McGrath<br>        Plaintiff<br><br>vs.<br><br>Fifth Third Bank, N.A.<br>        Defendant(s) | Bankruptcy No. 17-21086 CMB<br><br>Chapter 13<br><br>Adversary No. 17-02216 CMB<br><br>Related to Document No. 1 , 10<br><br>Hearing Date and Time: |

ORDER

AND NOW, this ___1st___ day of ___December___ 2017, upon consideration of the Stipulation to Extend Time to Answer, Plead or Otherwise Reply to the Plaintiffs' Adversary Complaint, it is hereby ORDERED that the said Stipulation is APPROVED. Defendant, Fifth Third Bank, N.A. shall file a Responsive Pleading on or before _January 8, 2018_. The Early Conference Certification and Stipulation is due on or before February 14, 2018.

BY THE COURT:

_Carlota M. Bohm_
United States Bankruptcy Judge
Carlota M. Bohm

FILED
12/1/17 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

McGrath,
    Plaintiff

Adv. Proc. No. 17-02216-CMB

Fifth Third Bank, N.A.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Dec 01, 2017
                        Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
```
pla            +Edward McGrath,    75 Linshaw Avenue,    Pittsburgh, PA 15205-2048
dft            +Fifth Third Bank, N.A.,    5050 Kinglsey 1M0C2J,    Cincinnati, OH 45263-0001
pla            +Sandra McGrath,    75 Linshaw Avenue,    Pittsburgh, PA 15205-2048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 02 2017 01:38:19
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 02 2017 01:38:19      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 02 2017 01:38:19      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                              TOTAL: 3
```

        \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
```
              David Z. Valencik    on behalf of Plaintiff Edward   McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              David Z. Valencik    on behalf of Plaintiff Sandra   McGrath dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Mary F. Kennedy    on behalf of Defendant    Fifth Third Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Michael   Kaminski    on behalf of Plaintiff Sandra   McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Michael   Kaminski    on behalf of Plaintiff Edward   McGrath mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
                                                                                             TOTAL: 5
```