## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Edward T. McGrath and Sandra L. McGrath,<br>               Debtors | NO. 17-21086-CMB |
| Edward T. McGrath and Sandra L. McGrath,<br>               Plaintiffs<br>    vs. | CHAPTER 13<br><br>ADV. NO. 17-02216-CMB |
| Fifth Third Bank, N.A.,<br>               Defendant | |

### STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtors have filed a Complaint to Determine Secured Pursuant to 11 U.S.C. § 506 in the above matter;

WHEREAS, Debtors' complaint requests that the court determine that Defendant is an unsecured creditor, and that Defendant's mortgage is no longer a lien against the Debtors' residence at 75 Linshaw Avenue, Pittsburgh, PA 15205;

WHEREAS, Defendant has filed an answer to the complaint.

It is therefore Stipulated and agreed as follows:

1.    Defendant's claim shall be treated as unsecured for the purposes of this Chapter 13 case.

2.    Defendant may file an unsecured proof of claim within thirty (30) days from the date of the order approving this Stipulation.

3.    The mortgage of the Defendant, Fifth Third Bank, recorded in the Recorder's Office for Allegheny County, Pennsylvania on December 30, 2005 at Mortgage Book Volume 31309, Page

278, Document No. 2005-157771, is avoided as a lien as to Debtor's property at 75 Linshaw

Avenue, Pittsburgh, PA 15205, effective at the successful conclusion of Debtors' Chapter 13

case.

4.      Upon the entry of a discharge order in Debtors' Chapter 13 case, the Debtors may record

this Order with the Court of Common Pleas to evidence the avoidance of this lien.

5.      This Stipulation shall be null and void if the Debtors fail to make all payments due

pursuant to the terms of their confirmed Chapter 13 plan, or if the Debtors' case is dismissed or

converted to a case under Chapter 7.


Consented to by:

*/s/ David Z. Valencik, Esquire*
David Z. Valencik, Esquire
Calaiaro Valencik
Attorney for Debtors
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219-1621
Phone: 412-232-0930
dvalencik@c-vlaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Defendant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com


It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated:  January 10, 2018 _____ J.

FILED
1/10/18 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

McGrath,
          Plaintiff                                    Adv. Proc. No. 17-02216-CMB

Fifth Third Bank, N.A.,
          Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric          Page 1 of 1          Date Rcvd: Jan 10, 2018
                             Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
pla        +Edward McGrath,    75 Linshaw Avenue,    Pittsburgh, PA 15205-2048
dft        +Fifth Third Bank, N.A.,    5050 Kinglsey 1M0C2J,    Cincinnati, OH 45263-0001
pla        +Sandra McGrath,    75 Linshaw Avenue,    Pittsburgh, PA 15205-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 11 2018 02:13:44
             Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 11 2018 02:13:45      United States Trustee,
             228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 11 2018 02:13:44      United States Trustee,
             Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                            TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
          David Z. Valencik   on behalf of Plaintiff Edward  McGrath dvalencik@c-vlaw.com,
            cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
            vlaw.com
          David Z. Valencik   on behalf of Plaintiff Sandra  McGrath dvalencik@c-vlaw.com,
            cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
            vlaw.com
          James  Warmbrodt   on behalf of Defendant   Fifth Third Bank, N.A. bkgroup@kmllawgroup.com
          Mary F. Kennedy   on behalf of Defendant    Fifth Third Bank, N.A. mary@javardianlaw.com,
            tami@javardianlaw.com
          Michael  Kaminski   on behalf of Plaintiff Sandra  McGrath mkaminski@c-vlaw.com,
            jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
          Michael  Kaminski   on behalf of Plaintiff Edward  McGrath mkaminski@c-vlaw.com,
            jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
                                                                                            TOTAL: 6